# Redacted Filed Under Seal

# Exhibit 2