REDACTED FILED UNDER SEAL

EXHIBIT 3