REDACTED FILED UNDER SEAL

EXHIBIT 4