REDACTED FILED UNDER SEAL

EXHIBIT 5