# EXHIBIT 14

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, November 04, 2016 2:05 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:16-cv-00747-CM Dannhauser et al v. TSG Reporting, Inc. Pretrial Conference - Initial |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/4/2016 at 2:04 PM EDT and filed on 11/4/2016
**Case Name:**      Dannhauser et al v. TSG Reporting, Inc.
**Case Number:**    1:16-cv-00747-CM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Colleen McMahon: Initial Pretrial Conference held on 11/4/2016. Decision: Conference held. Plaintiff must, by November 14, 2016, provide Defendant with all information relating to his job interviews, offers, and any opportunities that he has forgone. If Plaintiff fails to provide Defendant with that information by November 14, 2016, the Court will make an immediate finding that he has not forgone any opportunities. Discovery is completed. The parties have agreed that this is a non-jury trial. The parties are instructed to review this Courts rules on bench trials. The parties have until January 20, 2017 to submit all required papers for the bench trial. Submitted by: Robert Gianchetti. (mde)**

**1:16-cv-00747-CM Notice has been electronically mailed to:**

Edward Lawrence Powers     epowers@zukermangore.com, fbeauboeuf@zukermangore.com, lvaska@zukermangore.com, tmarten@zukermangore.com

William Andrew Brewer, III     wab@brewerattorneys.com, copycenter@brewerattorneys.com

Jesenia Maria Ruiz De La Torre     jruiz@zukermangore.com, tmarten@zukermangore.com

1

Michael Lee Smith    mls@brewerattorneys.com, csx@brewerattorneys.com

Chael Jordan Clark    CJC@brewerattorneys.com

Preston James Postlethwaite    pjp@brewerattorneys.com, mdn@brewerattorneys.com

**1:16-cv-00747-CM Notice has been delivered by other means to:**