# Exhibit 15

DALLAS | NEW YORK

# BREWER
### ATTORNEYS & COUNSELORS

November 14, 2016

**VIA EMAIL**

Jesenia Ruiz de la Torre, Esq.
Zukerman Gore Brandeis & Crossman, LLP
Eleven Times Square
New York, New York 10036

    Re:    *Todd Dannhauser, and TD Co., L.P., v. TSG Reporting, Inc.*, No. 16-CV-747(CM)

Jesenia:

    Pursuant to Judge McMahon's order that Plaintiffs Todd Dannhauser and TD Co., L.P. ("Plaintiffs") provide Defendant TSG Reporting, Inc. ("Defendant") with all information relating to Mr. Dannhauser's job interviews, offers, and any opportunities that Mr. Dannhauser has foregone, Plaintiffs hereby provide the following information:

    News of Mr. Dannhauser's termination by TSG quickly spread throughout the court reporting and litigation support services industry. Beginning soon after Mr. Dannhauser's departure from TSG in November 2015, many large and successful players in the industry reached out to Mr. Dannhauser hoping to retain his services. Although inundated with interest, Mr. Dannhauser dutifully notified each entity that he was unable to discuss potential employment opportunities relating to the provision of court reporting, videography, and deposition transcription services.

    Persons representing the following entities have contacted Mr. Dannhauser:

- TransPerfect - Language and Technology Solutions for Global Business
- Veritext Legal Solutions
- DTI: Legal Proces Outsourcing & Litigation Solutions
- HG Litigation Services, LP; and
- NextGen Reporting

Sincerely,

Preston J. Postlethwaite