REDACTED FILED UNDER SEAL

EXHIBIT 17