# EXHIBIT A

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TODD DANNHAUSER, and
TD CO., L.P.,

    Plaintiffs,

v.

TSG REPORTING, INC.,
    Defendant.

---

TSG REPORTING, INC.,

    Counterclaim-Plaintiff,

v.

TODD DANNHAUSER and
TD CO., L.P.,

    Counterclaim-Defendants.

16-CV-747(CM)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPUATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(2) plaintiffs Todd Dannhauser and TD Co., L.P. and counterclaim-plaintiff TSG Reporting, Inc. hereby dismiss this action, with prejudice, with each party to bear his or its own costs, expenses, and attorneys' fees. The Court hereby retains jurisdiction for the purposes of enforcing the parties' confidential Settlement Agreement and General Release, dated August __, 2017, filed under seal by the parties.

Dated: New York, New York
       December __, 2017

21

By: _____  By: _____
       Michael L. Smith         Edward L. Powers
                                           Jesenia Ruiz de la Torre

BREWER ATTORNEYS & COUNSELORS   ZUKERMAN GORE BRANDEIS
750 Lexington Avenue                                                                         & CROSSMAN, LLP
14th Floor                                                                                 Eleven Times Square
New York, NY 10022                                 New York, New York 10036
(212) 489-1400                                                (212) 223-6700

SO ORDERED

_____
Colleen McMahon
United States District Judge