# Exhibit D

# AFFIDAVIT

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

_____, being duly sworn, deposes and says:

1. I am the _____ of TSG Reporting, Inc. ("TSG"). Unless otherwise defined here, capitalized terms used in this affidavit have the same meaning as defined in the confidential Settlement Agreement and General Release entered into by TSG and Todd Dannhauser ("Dannhauser) and others on or about March 22, 2017 (the "Agreement").

2. I hereby certify that TSG has complied with paragraph 4.1.1, and that the Ledger Information provided by TSG to Dannhauser and Empire has been copied or extracted directly from TSG's books and records without change or adjustment, subject only to the redaction exception set forth in footnote 1 of the Agreement.

By: _____
Title:

Sworn to before me this
\_\_ day of _____, 2017

_____
NOTARY PUBLIC