# Exhibit F

# WIRING INSTRUCTIONS

*Brewer Attorneys – IOLTA Account*
Brewer Attorneys & Counselors
1717 Main Street
Suite 5900
Dallas, Texas 75201

**Inwood National Bank:**
7621 Inwood Road
Dallas, TX 75209
214-358-5281
**ABA: 111001040**
**Acct**: 400823351